

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2019

No. 04-18-00988-CR

Francisco L. **ROBLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4228
Honorable Joey Contreras, Judge Presiding

# O R D E R

Appellant filed a notice of appeal which indicates he is appealing a conviction for which he was sentenced on November 28, 2018. The clerk's record in this appeal contains an Order Amending Conditions of Community Supervision signed on November 28, 2018. This court does not have jurisdiction to consider an appeal from an order altering or modifying community supervision conditions. *Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) ("There is no legislative authority for entertaining a direct appeal from an order modifying the conditions of community supervision."); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.).

It is therefore ORDERED that appellant show cause **on or before February 19, 2019** why this appeal should not be dismissed for want of jurisdiction.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court